UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

Case No. 13-8148 [MCA]

Plaintiff

V

ORDER MODIFYING
POSTING OF BOND
SECURITY

ELIYAHU WEINSTEIN
a/k/a "Eli Weinstein",
ALEX SCHLEIDER, and
AARON MUSCHEL

Defendants

---

**THIS MATTER** having been brought before the court by Defendant Aaron Mushcel for an Order Modifying the posting of documents concerning the Bond and the securing of property posted for said secured bond,

**WHEREAS**, Defendant has posted documentation demonstrating his sole ownership of AM Tenn. Properties LLC, an LLC organized under the laws of the State of Tennessee and

**WHEREAS** Defendant has posted documents showing that AM Tenn. Properties LLC. owns two commercial properties named Spa Plaza, 4970 Raleigh-LaGrange Road Memphis, Tenn. and Appling Ridge, 7546 Highway 70, Bartlett, Memphis, Tenn. and

**WHEREAS** Defendant has posted documents showing that said properties have a combined equity of approximately Five Hundred Thousand [$500,000] Dollars and

**WHEREAS** The United States Attorney for THE District of New Jersey has consented to the Bond of One Million [$1,000,000] being secured by the remaining equity in said properties,

**WHEREFORE**, IT IS on this 29th day of May 2013

**ORDERED** that the security for the Bond for the release of Defendant herein shall and hereby is set at any and all the remaining equity in Spa Plaza, 4970 Raleigh-LaGrange Road Memphis, Tenn. and Appling Ridge, 7546 Highway 70, Bartlett, Memphis, Tenn. said sum approximating the sum of Five Hundred Thousand [$500,000] Dollars and it is further,

**ORDERED** that all other bail conditions are to remain the same.

Hon. Madeline Cox Arleo
United States Magistrate Judge