UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

        Plaintiff

V

ELIYAHU WEINSTEIN
a/k/a "Eli Weinstein",
ALEX SCHLEIDER, and
AARON MUSCHEL

        Defendants

Case No. 13-8148 [MCA]

ORDER MODIFYING
CONDITIONS OF
RELEASE

---

**THIS MATTER** having been brought before the court by Defendant Aaron Mushcel for an Order Modifying the Release Conditions,

**WHEREAS**, Defendant through his counsel has advised the United States that he requests a modification of his conditions of release and,

**WHEREAS** Defendant has advised that as part of his regular daily prayer and religious study activity that he attends schule and synagogue often in the evening as late as Ten PM and,

**WHEREAS** Defendant has requested of the United States through AUSA Gurbir Grewal and AUSA Zach Intrater consent for his current home incarceration to be removed and

**WHEREAS** Defendant has requested that in place of home detention that he shall be subject to a curfew between 7:00 AM and 10:00 PM, and

**WHEREAS**, the United States has agreed to these conditions

**WHEREFORE**, it is on this 10th day of June 2013 hereby,

**ORDERED** that the release conditions of this defendant be modified removing Defendant from home detention and instead substituting that he be subject to a daily curfew between the hours of 7:00 AM and 10:00 PM.

Dated: June 12 2013

---

Hon. Madeline Cox Arleo
United States Magistrate Judge