UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JEREY

-----------------------------------------------------------------

UNITED STATES OF AMERICA

Case No. 13-8148 [MCA]

Plaintiff

V

ORDER MODIFYING
CONDITIONS OF
RELEASE

ELIYAHU WEINSTEIN
a/k/a "Eli Weinstein",
ALEX SCHLEIDER, and
AARON MUSCHEL

Defendants

-----------------------------------------------------------------

**THIS MATTER** having been brought before the court by Defendant Aaron Mushcel for an Order Modifying the Release Conditions,

**WHEREAS**, Defendant through his counsel has advised the United States that he requests a modification of his conditions of release and,

**WHEREAS** Defendant has advised that as part of his regular daily prayer and religious study activity that he attends schule and synagogue often in the evening as late as Ten PM and,

WHEREAS Defendant has advised that he sometimes attends religious services and events in Lakewood, New Jersey which requires at least two hours of travelling said travel occurring in the evening and

**WHEREAS** Defendant has requested of the United States through AUSA Gurbir Grewal and AUSA Zach Intrater consent for his current home incarceration to be removed and

**WHEREAS** Defendant has requested that in place of home detention that he shall be subject to a curfew from 10:00 PM TO 7:00 AM and,

**WHEREAS**, the United States has agreed to these conditions

**WHEREFORE**, it is on this 20th day of June 2013 hereby,

**ORDERED** that the release conditions of this defendant be modified removing Defendant from home detention and instead substituting that he be subject to a daily curfew between the hours of 10:00 PM TO 7:00 AM and it is further

**ORDERED** that regardless of the curfew defendant may attend religious services or other events with the consent of Pre-Trial Services.

Dated: June 20 2013

_____
Hon. Madeline Cox Arleo
United States Magistrate Judge